United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Andrea Dimarco, Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 20-62106-Civ-Scola |
| | ) | |
| Target Corporation, Defendant. | ) | |

## Order Remanding to State Court

    This matter is before the Court upon the parties' joint stipulation as to the amount in controversy in this matter. (ECF No. 4.) On October 15, 2020, the Defendant, Target Corporation, removed the instant action from the Circuit Court for the Seventeenth Judicial Circuit in and for Broward County to this Court, pursuant to 28 U.S.C. 1441(b). (ECF No. 1.) In its notice of removal, the Defendant claimed the Court had jurisdiction pursuant to 28 U.S.C. § 1332 as there was complete diversity between the parties and greater than $75,000 in controversy. (ECF No. 1, at 2.) On October 29, 2020, the parties, through a joint stipulation, notified the Court that the Plaintiff "will not claim money damages more than $75,000" and asked the Court to remand this matter back to state court. (ECF No. 4.) As it appears less than $75,000 is at issue between the parties, the Court finds it lacks jurisdiction over this matter. *See Standard Fire Ins. Co. v. Knowles*, 568 U.S. 588, 595 (2013) ("plaintiffs . . . are the masters of their complaints" and may avoid removal to federal court "by stipulating to amounts at issue that fall below the federal jurisdictional requirement").

    The Court directs the Clerk to **close** this case and take all necessary steps to ensure the prompt **remand** of this matter and the transfer of this file back to the Circuit Court for the Seventeenth Judicial Circuit in and for Broward County. The Court **denies all pending motions as moot**, as not properly before this Court.

    **Done and ordered** at Miami, Florida, on October 29, 2020.

                                                                                                Robert N. Scola, Jr.
                                                                             United States District Judge